# Notice Recipients

District/Off: 0207–1     User: jwilkinso     Date Created: 10/23/2009
Case: 1–09–49263–jf     Form ID: 213     Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Sandra Sebro | 386 Legion Street | Brooklyn, NY 11212 | | |
| tr | Gregory Messer | Law Offices of Gregory Messer, PLLC | 26 Court Street | Suite 2400 | Brooklyn, NY 11242 |
| aty | Charles W Juntikka, Esq | Charles Juntikka &Associates, LLP | 350 Fifth Avenue | Suite 2212 | New York, NY 10118 |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | Diana Adams | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 | |
| 6422654 | American Express | 7777 American Expressway | Fort Lauderdale, FL 33337 | | |
| 6422655 | Arrow Financial Services, LLC | 5996 W. Touhy Avenue | Niles, IL 60714 | | |
| 6422656 | Ashley Stewart–Wfnnb | P.O. Box 182121 | Columbus, OH 43218 | | |
| 6422657 | Asset Acceptance, LLC | P.O. Box 2036 | Warren, MI 48090–2036 | | |
| 6422658 | Atlantic Credit &Finance Incorporated | P.O. Box 21691 | Ronanoke, VA 24018 | | |
| 6422659 | Capital Management Services, Inc. | 726 Exchange Street | Suite 700 | Buffalo, NY 14210 | |
| 6422660 | Children's Place | PO Box 9714 | Gray, TN 37615 | | |
| 6422661 | Citibank Credit Card Services | P.O. Box 20487 | Kansas City, MO 64195–9904 | | |
| 6422662 | Fingerhut Direct Marketing | 6250 Ridgewood Road | Saint Cloud, MN 56303 | | |
| 6422663 | Firstsource Advantage | 205 Bryant Woods South | Amherst, NY 14228 | | |
| 6422664 | Ge Money Bank | C/O Ge Consumer Finance–Bko Division | P.O. Box 103104 | Roswell, GA 30076 | |
| 6422665 | Hsbc Nv | 1111 N. Town Center Drive | Las Vegas, NV 89144–6364 | | |
| 6422666 | Jc Penney Credit Services | Customer Service C/O Gemb | P.O. Box 981131 | El Paso, TX 79998–1131 | |
| 6422667 | Jefferson Capital Systems, Inc. | 16 Mcleland Rd. | St. Cloud, MN 56303 | | |
| 6422668 | Jp Morgan Chase | Legal Department | 1985 Marcus Avenue, Ny2–M352 | New Hyde Park, NY 11042 | |
| 6422669 | Lew Magram | PO Box 1002 | St. Cloud, MN 56396–1002 | | |
| 6422670 | Lr Credit, LLC | 315 Park Avenue South | New York, NY 10010 | | |
| 6422671 | Lr Credt 18, LLC | C/O Mel S. Harris And Associates, Llc | 5 Hanover Square | 8th Floor | New York, NY 10004 |
| 6422672 | Lvnv Funding | P.O. Box 10584 | Greenville, SC 29603 | | |
| 6422674 | Lvnv Funding, LLC | C/O Forster &Garbus | P.O. Box 9030 | 500 Bi–County Blvd, Suite 300 | Farmingdale, NY 11735–3931 |
| 6422673 | Lvnv Funding, LLC | C/O Ronald Moses, City Marshall | 116 John Street,15th Fl. | New York, NY 10038 | |
| 6422675 | Macy's Bankruptcy | 9111 Duke Blvd. | Mason, Ohio 45040 | | |
| 6422676 | Mercantile Adjustment Bureau, LLC | P.O. Box 9016 | Williamsville, NY 14221 | | |
| 6422677 | National Asset Recovery Services | P.O. Box 701 | Chesterfield, MO 63006–0701 | | |
| 6422678 | Nco Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 | | |
| 6422679 | Pc Richard &Son | C/O Ge Consumer Finance–Bko Division | P.O. Box 103104 | Roswell, GA 30076 | |
| 6422680 | Platinum Recovery Solutions | P.O. Box 541090 | Omaha, NE 68154–9090 | | |
| 6422681 | Titan Management Services, LLC | 2160 Satellite Blvd–Suite 350 | Duluth, GA 30097–4360 | | |
| 6422682 | Victoria's Secret – Wfnnb | P.O. Box 182121 | Columbus, OH 43218 | | |
| 6422683 | Wells Fargo Financial Bank | 3201 N. 4th Avenue | Sioux Falls, SD 57104–0700 | | |
| 6422684 | World Financial Network National Bank | P.O. Box 182121 | Columbus, OH 43218 | | |

TOTAL: 38